JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOKHIR KHAMIDOV,<br>Petitioner,<br>v.<br>TODD BLANCHE, et al.,<br>Respondents. | NO. EDCV 26-6612-AS<br><br>**JUDGMENT** |

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: November 20, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE